## Case No. 16,188.

### UNITED STATES v. ROGERS et al.

[10 Int. Rev. Rec. 206.]

District Court, E. D. New York. Dec., 1869.

INTERNAL REVENUE—WHISKEY TAX.

This suit was brought to recover the amount due on a distiller's bond. The evidence showed that [Henry] Rogers carried on the business of a distiller during the months of October and November, 1868. The assessor's returns showed that his unpaid taxes amounted to $22,517.26. This was not disputed on the part of the defense. and a verdict for that amount was directed to be rendered for the government.